# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00350-CV

**Eugenia Pedraza, Appellant**

**v.**

**The Texas Department of Protective and Regulatory Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. FM104242, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

Appellant Eugenia Pedraza has filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: September 19, 2002

Do Not Publish